## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT PENNSYLVANIA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rose H. Reed <br> <u>Debtor(s)</u> | CHAPTER 7 <br><br> BKY. NO. 19-11771 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for Bank of New York Mellon (fka Bank of New York, successor to JPMorgan Chase Bank), as trustee, in trust for the Holders of Structured Asset Securities Corporation Mortgage Pass Through Certificates, Series 2003-BC2 and index same on the master mailing list.

      Respectfully submitted,

**/s/ Rebecca A. Solarz, Esq**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322